**Opinion issued May 20, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00005-CV

———————————

**EXCELLENT MANAGEMENT GROUP, INC. D/B/A EXCELLENT PARKING SOLUTIONS, INC., Appellant**

**V.**

**LORANCE THOMPSON, P.C. AND MAYER, LLP, Appellees**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-38964-A**

---

## MEMORANDUM OPINION

Appellant, Excellent Management Group, Inc., doing business as Excellent Parking Solutions, Inc., filed a notice of appeal from the trial court's final judgment in favor of appellees, Lorance Thompson, P.C. and Mayer, LLP. On May 7, 2025,

appellant filed a motion to dismiss this appeal, stating that appellant "no longer wishe[d] to pursue appellate relief" and requesting dismissal of the appeal.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion includes a certificate of conference stating that appellee is unopposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). The motion further states that there was an agreement for the "parties [to] bear their own costs." *See* TEX. R. APP. P. 42.1(d).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We further direct the Clerk of this Court that costs are to be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.